ROBERT LEE AYERS v. B. WALTON BROWN, ADMINISTRATOR OF THE ESTATE OF ARCHIE MERRELL CREEF, JR., DECEASED

No. 7419SC1089

(Filed 16 April 1975)

APPEAL by plaintiff from *Seay, Judge.* Judgment entered 1 August 1974 in Superior Court, RANDOLPH County. Heard in the Court of Appeals 14 March 1975.

This is one of four civil actions growing out of an automobile collision. All of the cases were consolidated for trial over plaintiff's objection. The jury answered the issue of negligence in favor of plaintiff and the issue of contributory negligence against him, and plaintiff appealed.

*Ottway Burton for plaintiff appellant.*

*Smith and Casper, by Archie L. Smith, for defendant appellee.*

MORRIS, Judge.

This case presents no question not answered by this Court in *Wood v. Brown, Administrator,* 25 N.C. App. 241, 212 S.E. 2d 690 (1975). Decision there is controlling here, and no useful purpose would be served by discussing each assignment of error. On authority of *Wood v. Brown, supra,* all assignments of error are overruled.

No error.

Judges BRITT and ARNOLD concur.